UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
In re:

LAUREN GIARDINA                          Chapter 13

                    Debtor        Case No. 16-23752 (RDD)

_____X

### ORDER DENYING NATIONSTAR, LLC'S MOTION TO LIFT THE AUTOMATIC STAY AND AWARDING SANCTIONS

Upon the motion (Dkt No. 15)(the "Motion") of Nationstar, LLC("Nationstar") for an order pursuant to 11 U.S.C. § 362(d) lifting the automatic stay imposed by 11 U.S.C. § 362(a); and upon the objection thereto of the debtor herein, Lauren Giardina (Dkt. No. 19) and all pleadings relating thereto; and upon the record of the hearing held by the Court on the Motion on August 9, 2017, at which the Debtor and counsel, Michael H Schwartz, appeared, and Nationstar, through its counsel, appeared telephonically; and, after due deliberation and for the reasons stated on the record, the Court having concluded that the Motion should be denied and that an award of sanctions under 28 U.S.C. § 1927 for unnecessarily multiplying proceedings in this case was warranted as provided herein; now, therefore, good and sufficient cause appearing, it is hereby

ORDERED, that the Motion is denied; and it is further

ORDERED that the Debtor be made whole for the compensation of her counsel in objecting to the Motion, in the sum of

$2,000.00, such sum to be paid directly to counsel for the Debtor on or before September 1, 2017.

Dated: White Plains, New York
       August 29, 2017

                      /s/ Robert D. Drain

—

                      Honorable Robert D. Drain
                      U.S. Bankruptcy Judge